# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JOHNNY CHIBUEZE IROAKAZI,

                    Plaintiff,                    18 **CIVIL** 8193 (VB)

           -v-                                **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2022, the R&R is adopted as the opinion of the Court. Plaintiff's motion for judgment on the pleadings is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. The case is REMANDED to the Social Security Administration for further administrative proceedings consistent with the R&R, pursuant to 42 U.S.C. § 405(g), sentence four; accordingly, the case is closed.

**Dated:** New York, New York
            February 24, 2022

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                      **BY:**    *K. Mango*

                                                      **Deputy Clerk**